Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

ADRIANNE SMITH, as an individual and on behalf of all others similarly situated.

vs

KRAFT FOODS, INC., a Virginia corporation,

SUMMONS IN A CIVIL ACTION

Case No.

**'07CV 2192   BEN CAB**

FILED
07 NOV 16 PM 2:54
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Harold M. Hewell, Hewell Law Firm, APC
402 W. Broadway, Fourth Floor San Diego, California 92101
Tel: (619) 235-6854 ˙ Fax: (619) 235-9122; E-mail: hmhewell@hewell-lawfirm.com

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK
R. DE LA CRUZ

NOV 16 2007
DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)