1  Noah A. Katsell (Bar No. 217090)
   noah.katsell@dlapiper.com
2  **DLA PIPER US LLP**
   401 B Street, Suite 1700
3  San Diego, CA  92101-4297
   Tel:  619.699.2700
4  Fax:  619.699.2701

5  Amy Weinfeld Schulman (To apply pro hac vice)
   amy.schulman@dlapiper.com
6  **DLA PIPER US LLP**
   1251 Avenue of the Americas
7  New York, NY  10020-1104
   Tel:  212.335.4500
8  Fax:  212.335.4501

9  Attorneys for Defendant
   Kraft Foods Global, Inc.
10

11                   UNITED STATES DISTRICT COURT

12                  SOUTHERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| ADRIANNE SMITH, as an individual and on behalf of all others similarly situated, | CASE NO.  07 CV 2192 BEN (CAB) |
| | Assigned to Hon. Roger T. Benitez |
| Plaintiff, | **DEFENDANT KRAFT FOODS GLOBAL, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FRCP 12(B)(6)** |
| v. | |
| | [Filed concurrently with (1) Memorandum of Points and Authorities in Support of Motion to Dismiss and (2) Request for Judicial Notice] |
| KRAFT FOODS, INC., a Virginia corporation, | |
| Defendant. | Date: April 21, 2008<br>Time: 10:30 a.m.<br>Place: Courtroom 3 |

DLA PIPER US LLP
SAN DIEGO                                                 Case No. 07 CV 2192 BEN (CAB)

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that on April 21, 2008, at 10:30 a.m., or as soon thereafter as
3  the matter may be heard, in Courtroom 3 of the above-entitled Court, located at 940 Front Street,
4  San Diego, California 92101, Defendant Kraft Foods Global, Inc., erroneously sued as Kraft
5  Foods Inc., will and hereby does move the Court, pursuant to Federal Rule of Civil Procedure
6  12(b)(6), for an Order dismissing Plaintiff's Complaint in its entirety with prejudice.

7  Dismissal is appropriate because Plaintiff's entire Complaint is preempted by federal food
8  labeling regulations promulgated by the Food and Drug Administration, 21 U.S.C. § 343(r), and
9  because each of Plaintiff's causes of action fails to allege facts sufficient to state a claim for relief
10 against Defendant.

11 This Motion is based upon this Notice of Motion and Motion, the accompanying
12 Memorandum of Points and Authorities in support, the pleadings, papers, and exhibits filed or
13 lodged in this action, all items which may be judicially noticed, all other matters that may
14 appropriately be presented to the Court, and any oral argument as may be presented at the hearing
15 of this Motion.

16 Dated:  February 13, 2008                     DLA PIPER US LLP

18                                                                s/Noah A. Katsell
                                     Attorneys for Defendant Kraft Foods Global, Inc.
19                                   E-mail:  noah.katsell@dlapiper.com

DLA PIPER US LLP
SAN DIEGO

Case No. 07 CV 2192 BEN (CAB)

-2-