1  Noah A. Katsell (Bar No. 217090)
   noah.katsell@dlapiper.com
2  **DLA PIPER US LLP**
   401 B Street, Suite 1700
3  San Diego, CA 92101-4297
   Tel: 619.699.2700
4  Fax: 619.699.2701

5  Amy Weinfeld Schulman (To apply pro hac vice)
   amy.schulman@dlapiper.com
6  **DLA PIPER US LLP**
   1251 Avenue of the Americas
7  New York, NY 10020-1104
   Tel: 212.335.4500
8  Fax: 212.335.4501

9  Attorneys for Defendant
   Kraft Foods Global, Inc.
10

11                UNITED STATES DISTRICT COURT

12                SOUTHERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| ADRIANNE SMITH, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KRAFT FOODS, Inc., a Virginia corporation,<br><br>Defendant. | CASE NO. 07 CV 2192 BEN (CAB)<br><br>Assigned to Hon. Roger T. Benitez<br><br>**DEFENDANT KRAFT FOODS GLOBAL, INC.'S NOTICE OF PARTY WITH FINANCIAL INTEREST** |

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 40.2 of the United States District Court for the Southern District of California, Defendant Kraft Foods Global, Inc., ("Kraft"), erroneously sued as Kraft Foods, Inc., submits this Notice of Party with Financial Interest.

DLA PIPER US LLP
SAN DIEGO                                                        Case No. 07 CV 2192 BEN (CAB)

1 | Kraft states that its parent corporation is Kraft Foods Inc. ("KFI"), a publicly traded corporation. Other than KFI, no publicly held corporation owns ten percent or more of Kraft's stock.

Dated: February 13, 2008

DLA PIPER US LLP

s/Noah A. Katsell
-----------------
Attorneys for Defendant Kraft Foods Global, Inc.
E-mail: noah.katsell@dlapiper.com