Noah A. Katsell (Bar No. 217090)
noah.katsell@dlapiper.com
**DLA PIPER US LLP**
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel: 619.699.2700
Fax: 619.699.2701

Amy Weinfeld Schulman (To apply pro hac vice)
amy.schulman@dlapiper.com
**DLA PIPER US LLP**
1251 Avenue of the Americas
New York, NY 10020-1104
Tel: 212.335.4500
Fax: 212.335.4501

Attorneys for Defendant
Kraft Foods Global, Inc

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANNE SMITH, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KRAFT FOODS, Inc., a Virginia corporation,<br><br>Defendant. | CASE NO. 07 CV 2192 BEN (CAB)<br><br>Assigned to Hon. Roger T. Benitez<br><br>**CERTIFICATE OF SERVICE** |

DLA PIPER US LLP
SAN DIEGO

Case No. 07 CV 2192 BEN (CAB)

# **CERTIFICATE OF SERVICE**

I declare that I am employed with the law firm of DLA Piper US LLP, whose address is 401 B Street, Suite 1700, San Diego, California 92101-4297. I am over the age of eighteen years, and not a party to the within action. On February 13, 2008, I served the within documents:

DEFENDANT KRAFT FOODS GLOBAL, INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION TO DISMISS THE COMPLAINT; NOTICE OF MOTION; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS; AND NOTICE OF PARTY WITH FINANCIAL INTEREST

☒ by ELECTRONIC SERVICE thought the Court's CM/ECF System [CivLR 5.4]

☒ by transmitting via ELECTRONIC MAIL copies of the documents listed above in .pdf format to the parties set forth below on this date

Harold M. Hewell
Hewell Law Firm, APC
402 West Broadway
Fourth Floor
San Diego, CA 92101
(619)235-6854
(619)235-9122
E-mail: hmhewell@hewell-lawfirm.com

**ATTORNEY FOR PLAINTIFF**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 13, 2008, at San Diego, California.

                                                   /S/ Sarah Walter
                                                  Sarah Walter