## MINUTES OF THE UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

Case Name:      **Smith v. Kraft Foods, Inc.**                    Case Number:      **07cv2192-BEN (CAB)**

Hon. Cathy Ann Bencivengo              Ct. Deputy Lori Hernandez              Rptr. Tape:

 

     Judge Bencivengo hereby recuses from the above-entitled matter and requests that another magistrate judge be assigned.

Date:      March 19, 2008

Initials: MA