# CERTIFICATE OF SERVICE

*Smith v. Kraft Foods Global, Inc.*
**U.S.D.C., So. Dist. Cal., No. 3:07-cv-02192-BEN-WMC**

     I, Harold Hewell, declare: that I am and was at the time of service of the papers herein referred to, over the age of eighteen years, and not a party to the action; and I am employed in the County of San Diego, California, in which County the within-mentioned mailing occurred. My business mailing address is 402 W. Broadway, Fourth Floor, San Diego, California 92101. I served the following document(s):

- **FIRST AMENDED COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF,**

[X]    by CM/ECF electronic notification at the time of filing on April 7, 2008,

[ ]    by email transmission of the document in .pdf format on _____, 2008. No error was reported.

[ ]    by placing a signed copy thereof in a separate envelope for each addressee named on the attached mailing list, addressed to each addressee respectively. I then sealed the envelope and placed it for mailing in accord with my business's practice on _____, 2008. I am readily familiar with my business's practice for collecting, processing and mailing correspondence and pleadings. Such correspondence and pleadings are deposited on the same day, postage pre-paid, with the U.S. Postal Service in the ordinary course of business.

     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on April 8, 2008, at San Diego, California.

          */s/ Harold M. Hewell*
          Harold M. Hewell

## Service List

| | |
|---|---|
| NOAH A. KATSELL (BAR NO. 217090) | AMY WEINFELD SCHULMAN |
| NOAH.KATSELL@DLAPIPER.COM | (TO APPLY PRO HAC VICE) |
| DLA PIPER US LLP | AMY.SCHULMAN@DLAPIPER.COM |
| 401 B STREET, SUITE 1700 | DLA PIPER US LLP |
| SAN DIEGO, CA 92101-4297 | 1251 AVENUE OF THE AMERICAS |
| TEL: 619.699.2700 | NEW YORK, NY 10020-1104 |
| FAX: 619.699.2701 | TEL: 212.335.4500 |
| *ATTORNEYS FOR DEFENDANT* | *ATTORNEYS FOR DEFENDANT* |