Noah A. Katsell (Bar No. 217090)
noah.katsell@dlapiper.com
**DLA PIPER US LLP**
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel: 619.699.2700
Fax: 619.699.2701

Amy Weinfeld Schulman (To apply pro hac vice)
amy.schulman@dlapiper.com
**DLA PIPER US LLP**
1251 Avenue of the Americas
New York, NY 10020-1104
Tel: 212.335.4500
Fax: 212.335.4501

Attorneys for Defendant
Kraft Foods Global, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANNE SMITH, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KRAFT FOODS GLOBAL, INC., a Delaware corporation,<br><br>Defendant. | CASE NO. 07 CV 2192 BEN (WMC)<br><br>Assigned to Hon. Roger T. Benitez<br><br>**DEFENDANT KRAFT FOODS GLOBAL, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>[Filed concurrently with (1) Memorandum of Points and Authorities in Support of Motion to Dismiss First Amended Complaint and (2) Request for Judicial Notice]<br><br>Date: May 19, 2008<br>Time: 10:30 a.m.<br>Place: Courtroom 3 |

1   TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2   PLEASE TAKE NOTICE that on May 19, 2008, at 10:30 a.m., or as soon thereafter as the
3   matter may be heard, in Courtroom 3 of the above-entitled Court, located at 940 Front Street, San
4   Diego, California 92101, Defendant Kraft Foods Global, Inc., will and hereby does move the
5   Court, pursuant to Federal Rule of Civil Procedure 12(b)(6), for an Order dismissing Plaintiff's
6   First Amended Complaint in its entirety with prejudice.

7   Dismissal is appropriate because each of Plaintiff's causes of action fails to allege facts
8   sufficient to state a claim for relief against Defendant and because Plaintiff's entire First
9   Amended Complaint is preempted by federal food labeling regulations promulgated by the Food
10  and Drug Administration, 21 U.S.C. § 343(r).

11  This Motion is based upon this Notice of Motion and Motion, the accompanying
12  Memorandum of Points and Authorities in support, the pleadings, papers, and exhibits filed or
13  lodged in this action, all items which may be judicially noticed, all other matters that may
14  appropriately be presented to the Court, and any oral argument as may be presented at the hearing
15  of this Motion.

16  Dated:  April 21, 2008                    DLA PIPER US LLP

18                                            s/Noah A. Katsell
                                              Attorneys for Defendant Kraft Foods Global, Inc.
19                                            E-mail:  noah.katsell@dlapiper.com

DLA PIPER US LLP
SAN DIEGO

Case No. 07 CV 2192 BEN (WMC)

-2-