1  Noah A. Katsell (Bar No. 217090)
   noah.katsell@dlapiper.com
2  **DLA PIPER US LLP**
   401 B Street, Suite 1700
3  San Diego, CA  92101-4297
   Tel: 619.699.2700
4  Fax: 619.699.2701

5  Amy Weinfeld Schulman (To apply pro hac vice)
   amy.schulman@dlapiper.com
6  **DLA PIPER US LLP**
   1251 Avenue of the Americas
7  New York, NY  10020-1104
   Tel: 212.335.4500
8  Fax: 212.335.4501

9  Attorneys for Defendant
   Kraft Foods Global, Inc.
10

11                       UNITED STATES DISTRICT COURT

12                      SOUTHERN DISTRICT OF CALIFORNIA

13

14  ADRIANNE SMITH, as an individual and          CASE NO.  07 CV 2192 BEN (WMC)
    on behalf of all others similarly situated,
15                                                Assigned to Hon. Roger T. Benitez

16              Plaintiff,                        **CERTIFICATE OF SERVICE**

17        v.

18

19  KRAFT FOODS GLOBAL, INC., a
    Delaware corporation,
20

21              Defendant.

DLA PIPER US LLP
SAN DIEGO                                                  Case No. 07 CV 2192 BEN (WMC)

**CERTIFICATE OF SERVICE**

I declare that I am employed with the law firm of DLA Piper US LLP, whose address is 401 B Street, Suite 1700, San Diego, California 92101-4297. I am over the age of eighteen years, and not a party to the within action. On April 21, 2008, I served the within documents:

DEFENDANT KRAFT FOODS GLOBAL, INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION TO DISMISS FIRST AMENDED COMPLAINT; NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT; AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT.

☒     by ELECTRONIC SERVICE thought the Court's CM/ECF System [CivLR 5.4]

☒     by transmitting via ELECTRONIC MAIL copies of the documents listed above in .pdf format to the parties set forth below on this date

Harold M. Hewell
Hewell Law Firm, APC
402 West Broadway
Fourth Floor
San Diego, CA 92101
(619)235-6854
(619)235-9122
E-mail: hmhewell@hewell-lawfirm.com

**ATTORNEY FOR PLAINTIFF**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 21, 2008, at San Diego, California.

                            s/Noah A. Katsell
                            Attorneys for Defendant Kraft Foods Global, Inc.
                            E-mail: noah.katsell@dlapiper.com