# CERTIFICATE OF SERVICE

*Smith v. Kraft Foods Global, Inc.*
U.S.D.C., So. Dist. Cal., No. 3:07-cv-02192-BEN-WMC

I, Harold Hewell, declare: that I am and was at the time of service of the papers herein referred to, over the age of eighteen years, and not a party to the action; and I am employed in the County of San Diego, California, in which County the within-mentioned mailing occurred. My business mailing address is 402 W. Broadway, Fourth Floor, San Diego, California 92101. I served the following document(s):

- **OPPOSITION TO DEFENDANT'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT, AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF OPPOSITION** (*without table of authorities*);

[X]   by CM/ECF electronic notification at the time of filing on May 5, 2008, and

- **OPPOSITION TO DEFENDANT'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT, AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF OPPOSITION** (*corrected, with all tables*); and

- **DECLARATION OF HAROLD HEWELL RE FILING OF OPPOSITION TO DEFENDANT'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT, AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF OPPOSITION,**

[X]   by CM/ECF electronic notification at the time of filing on May 6, 2008,

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on May 6, 2008, at San Diego, California.

   */s/ Harold M. Hewell*
       Harold M. Hewell

## Service List

| | |
|---|---|
| NOAH A. KATSELL (BAR NO. 217090) | AMY WEINFELD SCHULMAN |
| NOAH.KATSELL@DLAPIPER.COM | (TO APPLY PRO HAC VICE) |
| DLA PIPER US LLP | AMY.SCHULMAN@DLAPIPER.COM |
| 401 B STREET, SUITE 1700 | DLA PIPER US LLP |
| SAN DIEGO, CA 92101-4297 | 1251 AVENUE OF THE AMERICAS |
| TEL: 619.699.2700 | NEW YORK, NY 10020-1104 |
| FAX: 619.699.2701 | TEL: 212.335.4500 |
| *ATTORNEYS FOR DEFENDANT* | *ATTORNEYS FOR DEFENDANT* |