1  Howard Rubinstein (Fla. SBN: 104108)
   Attorney at Law
2  914 Waters Avenue, Suite 20
3  Aspen, Colorado 81611
   Tel.: (832) 715-2788
4  E-mail: howardr@pdq.net
   *(To apply as Counsel Pro Hac Vice)*
5

6  Harold M. Hewell (Cal. SBN: 171210)
   Hewell Law Firm, APC
7  402 W. Broadway, Fourth Floor
   San Diego, California 92101
8  Tel: (619) 235-6854 · Fax: (619) 235-9122
9  E-mail: hmhewell@hewell-lawfirm.com

10 *Attorneys for Plaintiff*

11                **UNITED STATES DISTRICT COURT**

12                **SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ADRIANNE SMITH,** as an individual and on behalf of all others similarly situated, | Civil Action No. **3:07-cv-02192-BEN-WMC** |
| *Plaintiff,* | Assigned to Hon. Roger T. Benitez |
| vs. | **DECLARATION OF HAROLD HEWELL RE FILING OF OPPOSITION TO DEFENDANT'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT, AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF OPPOSITION** |
| | Date: May 19, 2008<br>Time: 10:30 a.m.<br>Place: Courtroom 3 |
| **KRAFT FOODS GLOBAL, INC.,** a Delaware corporation,<br><br>*Defendant.* | *CLASS ACTION*<br><br>*JURY TRIAL REQUESTED* |

1  I, Harold Hewell, hereby declare:

2  1. I am an attorney at law duly admitted to practice before this Court and all the courts of
3  the State of California. I am one of the attorneys of record herein for Plaintiff in the above-
4  entitled action. The matters stated below are true as to my own knowledge, except as to those
5  matters stated as to information and belief, and as to those matters, I believe them to be true. If
6  called upon, I could competently testify to the matters herein.

7  2. I respectfully request that the Court accept and use this corrected "Opposition to
8  Defendant's Motion to Dismiss the First Amended Complaint, and Memorandum of Points and
9  Authorities in Support of Opposition ("Opposition")" in lieu of the original Opposition, which
10  was filed in a timely manner on May 5, 2008, but lacked a Table of Authorities.

11  3. As I was completing the original Opposition for filing, I encountered formatting
12  problems and was unable to include the Table of Authorities in that Opposition.

13  4. I am submitting for filing the corrected Opposition, with all tables included,
14  approximately two hours after the timely filing of the original Opposition, and respectfully
15  request that my delay with the Table of Authorities not prejudice my client.

16  I declare under penalty of perjury under the laws of the state of California that the
17  foregoing is true and correct. Executed Tuesday, May 06, 2008, at San Diego, California.

/s/ Harold M. Hewell
Harold M. Hewell

**DECLARATION OF HAROLD HEWELL RE FILING OF OPPOSITION TO DEFENDANT'S MOTION
TO DISMISS THE FIRST AMENDED COMPLAINT, AND MEMORANDUM IN SUPPORT
No. 3:07-cv-02192-BEN-WMC**
Page 2 of 2