| | |
|---|---|
| 1 | William S. Boggs (Bar No. 053013) |
| | william.boggs@dlapiper.com |
| 2 | Noah A. Katsell (Bar No. 217090) |
| | noah.katsell@dlapiper.com |
| 3 | **DLA PIPER US LLP** |
| | 401 B Street, Suite 1700 |
| 4 | San Diego, CA  92101-4297 |
| | Tel:  619.699.2700 |
| 5 | Fax:  619.699.2701 |
| 6 | Amy Weinfeld Schulman (To apply pro hac vice) |
| | amy.schulman@dlapiper.com |
| 7 | **DLA PIPER US LLP** |
| | 1251 Avenue of the Americas |
| 8 | New York, NY  10020-1104 |
| | Tel:  212.335.4500 |
| 9 | Fax:  212.335.4501 |
| 10 | Attorneys for Defendant |
| | Kraft Foods Global, Inc. |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANNE SMITH, as an individual and on behalf of all others similarly situated, | CASE NO.  07 CV 2192 BEN (WMC) |
| | Assigned to Hon. Roger T. Benitez |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| KRAFT FOODS GLOBAL, INC., a Delaware corporation, | |
| Defendant. | |

DLA PIPER US LLP
SAN DIEGO

Case No. 07 CV 2192 BEN (WMC)

**CERTIFICATE OF SERVICE**

I declare that I am employed with the law firm of DLA Piper US LLP, whose address is 401 B Street, Suite 1700, San Diego, California 92101-4297. I am over the age of eighteen years, and not a party to the within action. On May 12, 2008, I served the within documents:

DEFENDANT KRAFT FOODS GLOBAL, INC.'S REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN FURTHER SUPPORT OF ITS MOTION TO DISMISS FIRST AMENDED COMPLAINT

☒ by ELECTRONIC SERVICE thought the Court's CM/ECF System [CivLR 5.4]

☒ by transmitting via ELECTRONIC MAIL copies of the documents listed above in .pdf format to the parties set forth below on this date

Harold M. Hewell
Hewell Law Firm, APC
402 West Broadway
Fourth Floor
San Diego, CA 92101
(619)235-6854
(619)235-9122
E-mail: hmhewell@hewell-lawfirm.com

**ATTORNEY FOR PLAINTIFF**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 12, 2008, at San Diego, California.

s/Noah A. Katsell
Attorneys for Defendant Kraft Foods Global, Inc.
E-mail: noah.katsell@dlapiper.com

DLA PIPER US LLP
SAN DIEGO

Case No. 07 CV 2192 BEN (WMC)

-2-