# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| ADRIANNE SMITH, | CASE NO. 07cv2192-BEN (WMc) |
|---|---|
| Plaintiff, | ORDER SCHEDULING SETTLEMENT CONFERENCE |
| vs. | |
| KRAFT FOODS, INC., | |
| Defendant. | |

On the Court's own motion a settlement conference will be held in the above captioned case on *September 11, 2008, at 2:00 p.m.* **All named parties, all counsel, and any other person(s) whose authority is required to negotiate and enter into settlement shall appear <u>in person at the conference</u>,** shall be prepared to discuss the claims and defenses, and shall be legally and factually prepared to discuss and resolve the case. **<u>Full authority to settle means that the individual present at the settlement conference has the unfettered discretion and authority to: 1) fully explore settlement options and to agree at that time to any settlement options; 2) agree at that time to any settlement terms acceptable to the parties; 3) change the settlement position of a party; and 4) negotiate monetary awards without being restricted to a specific sum certain</u>**.

IT IS SO ORDERED.

DATED: August 27, 2008

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court