1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

10  ADRIANNE SMITH,                                    CASE NO. 07cv2192-BEN (WMc)

11                                  Plaintiff,         ORDER SCHEDULING
                                                       SETTLEMENT CONFERENCE
        vs.
12  KRAFT FOODS, INC.,

13                                  Defendant.

14

15      After being advised by counsel via letter regarding the status of the case and after

16  conferring with District Judge Benitez the Court will **vacate** the settlement conference currently

17  scheduled for *September 11, 2008, at 2:00 p.m.*  Counsel for defendant is instructed to inform the

18  Court when a definite date and time has been scheduled for the planned private mediation.   If no

19  mediation occurs before November 3, 2008, counsel for defendant shall initiate a call to the Court

20  along with plaintiff's counsel to explain why no mediation has occurred.

21      IT IS SO ORDERED.

22  DATED: September 9, 2008

23                                        _____
                                          Hon. William McCurine, Jr.
24                                        U.S. Magistrate Judge
                                          United States District Court
25
26
27
28